**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

JACKSON, ET AL.

CIVIL ACTION

VERSUS

19-568-SDD-EWD

UNITED STATES
POSTAL SERVICE, ET AL.

## RULING

The Court has carefully considered the *Complaint*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated September 19, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this case is hereby DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send a copy of this Ruling to Plaintiffs at their addresses listed on PACER, via certified mail return receipt requested, and via regular first class mail.

Signed in Baton Rouge, Louisiana on <u>October 29, 2019</u>.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13.
[3] Rec. Doc. 15.

Certified Mail Return Receipt Requested 7004 1160 0003 2648 6352
7004 1160 0003 2648 6369